1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## STATE OF NEVADA

| | |
|---|---|
| LEROY HEATH,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY and DOES I-V,<br><br>        Defendants. | CASE NO: 3:09-cv-00470-LRH-VPC |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff, **KEVIN KARP, ESQ.**, and counsel for Defendant, **WILLIAM W. McGAHA, ESQ.**, all matters indifference in the above-entitled action having been agreed to by and between the parties, that the same be, and it is hereby dismissed with prejudice, each party to bear their own attorney's fees and costs herein. There is no trial setting in this matter.

DATED this 23rd day of March, 2010.

| BARBER, KARP & ASSOCIATES | SCHUETZE & McGAHA, P.C. |
|---|---|
| By _/s/_<br>**KEVIN KARP, ESQ.**<br>557 Washington Street<br>Reno, Nevada 89503<br>Attorney for Plaintiff | By _/s/_<br>**WILLIAM W. McGAHA, ESQ.**<br>601 S. Rancho Drive, Suite C-20<br>Las Vegas, Nevada 89106<br>Attorneys for Defendant |

## ORDER

**IT IS HEREBY ORDERED ADJUDGED AND DECREED**, that Plaintiff's claim is hereby dismissed with prejudice; each party to bear their own attorney's fees and costs herein. There is no trial setting in this matter.

Dated this 1st day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE